```
 1
 2
 3
 4
 5                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
 6                                      AT TACOMA
 7   DAVID TROUPE,
 8                       Plaintiff,              CASE NO. C14-5886 BHS
 9   v.                                          ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION
10   WILLIAM SWAIN, et al.,
11                       Defendants.
12
```

13      This matter comes before the Court on the Report and Recommendation ("R&R")

14 of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14), and

15 Plaintiff David Troupe's ("Troupe") objections to the R&R (Dkt. 15).

16     On December 29, 2014, Judge Strombom issued the R&R recommending that the

17 Court dismiss Troupe's amended complaint because Troupe failed to file an acceptable

18 complaint after being granted leave to amend and after being given specific instructions

19 regarding the form and contents of an acceptable complaint. Dkt. 14. On January 8,

20 2015, Troupe filed objections and a request for leave to amend his amended complaint.

21 Dkt. 16.

22

1  With regard to Troupe's objections, they are without merit because Judge
2  Strombom provided specific instructions regarding the length and content of an
3  acceptable amended complaint.  Dkt. 6.  Troupe failed to heed these instructions and,
4  instead, filed a lengthy amended complaint naming over 100 defendants.  Dkt. 10.
5  Therefore, the Court adopts Judge Strombom's recommendation of dismissing the
6  complaint.

7  With regard to Troupe's request for leave to amend, Troupe has failed to provide
8  any indication that he is willing to file an acceptable complaint.  In light of Troupe's
9  previous failure to abide by Judge Strombom's instructions, the Court finds that granting
10 Troupe leave to amend will not result in the filing of an acceptable complaint.

11 Therefore, the Court having considered the R&R, Troupe's objections, and the
12 remaining record, does hereby find and order as follows:

13 (1) The R&R is **ADOPTED**; and

14 (2) This action is **DISMISSED without prejudice**.

15 Dated this 6th day of February, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2